# United States District Court

**NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
MAR 1 1 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA

V.

William John Clark

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:20 mj 7

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 9, 2020__ in __Upshur County__, in the __Northern__ District of __West Virginia__ defendant(s) did,

Possession of a Destructive Device not Registered in the NFRTR, 26 U.S.C. § 5861(d)

Make a Destructive Device in Violation of the Law, 26 U.S.C. § 5861(f)

Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1)

in violation of Title __26__ United States Code, Section(s) __5861(d) and 5861(f)__.
and in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

This complaint is based on the following facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof.    Yes ☐   No ☒

_Ella Richmond_
Signature of Complainant

SA Ella Richmond
Printed name and title

Sworn to before me, and subscribed in my presence

March 11, 2020                                    at   Clarksburg, West Virginia
Date                                                   City and State

Michael John Aloi, Magistrate Judge                    _[signature]_
Judge's Name and Title                                 Signature of Judge