UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 17 2020

U.S. DISTRICT COURT-WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM JOHN CLARK,<br><br>      Defendant. | Criminal No.  2:20-CR- 13<br><br>Violations:  18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>26 U.S.C. § 5861(d)<br>26 U.S.C. § 5861(f)<br>26 U.S.C. § 5871 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Making a Destructive Device)

On, about or before March 9, 2020, in Upshur County, in the Northern District of West Virginia, defendant **WILLIAM JOHN CLARK** did knowingly make a firearm, to wit: an explosive bomb, which is a destructive device as defined pursuant to 26 U.S.C. § 5845(a)(8) and (f)(1)(A), in violation of Title 26, United States Code, Sections 5861(f) and 5871.

## COUNT Two

(Possession of Unregistered Firearm)

On or about March 9, 2020, in Upshur County, in the Northern District of West Virginia, defendant **WILLIAM JOHN CLARK** did knowingly possess a firearm, to wit: an explosive bomb, which is a destructive device defined pursuant to 26 U.S.C. § 5845(a)(8) and (f)(1)(A), which was not registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT THREE

(Unlawful Possession of a Firearm)

On or about March 10, 2020, in Upshur County, in the Northern District of West Virginia, defendant **WILLIAM JOHN CLARK** knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Felon in Possession of a Firearm, in the United States District Court for the Northern District of West Virginia, in case number 2:05-CR-44-2, on or about May 31, 2006; did knowingly possess in and affecting interstate commerce firearms, that is a Smith & Wesson semi-automatic pistol, Model: 22A-1, .22LR caliber, serial number UCR0383, and an Iver Johnson Arms and Cycle Works revolver, .22 caliber, Serial number 15977, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

*Gun Control Act*

Pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1), the government will seek the forfeiture of any firearm and any ammunition involved in or used in any knowing violation of Title 18, United States Code, Section 922(g) including:

3) One (1) Smith & Wesson semi-automatic pistol, Model: 22A-1, .22LR caliber, and;

4) One (1) Iver Johnson Arms and Cycle Works revolver, .22 caliber.

A true bill,

/s/
Grand Jury Foreperson

/s/
WILLIAM J. POWELL
United States Attorney

Brandon S. Flower
Assistant United States Attorney